June 11, 2015

Received June 12, 2015 via e-mail

Jeffrey D. Kyle, Clerk

P.O. Box 12547

Austin, TX  78711

Court of  Appeals  Cause No.  03-15-00248-CV

Trial Court  Case  No.  D-1-GN-11-003205; Brigham Exploration Co. et al v. Raymond Boytim, et al

Dear Mr. Kyle:

I can have the record in the above-entitled and numbered cause filed by  June 17, 2015.


Thank you,


/s/ LaSonya Thomas

(512) 854-9331